In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-02-488 CV


____________________



FREDERICK T. ARNOLD, Appellant



V.



COLONIAL LLOYDS, Appellee






On Appeal from the County Court at Law No. 1


Jefferson County, Texas


Trial Cause No. 93881






MEMORANDUM OPINION (1)


 The appellant, Frederick T. Arnold, and the appellee, Colonial Lloyds, filed a joint
motion to dismiss this appeal. The parties allege they have settled all disputes and agreed
to dismiss this appeal. The Court finds that the motion is voluntarily made by the parties
through their attorneys of record prior to any decision of this Court and should be granted.
Tex. R. App. P. 42.1(a)(1), (2).

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED without reference to the merits of the appeal. All costs are assessed
against the incurring party.

 PER CURIAM


Opinion Delivered July 17, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.